# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1701 AVENUE P
BROOKLYN • NEW YORK • 11229

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

November 6, 2013

**VIA ECF**
Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        **RE:**     **Index No. 1:13-cv-05679-ERK-VMS**
                 **Perlstein v. Financial Recovery Services, Inc.**

Dear Honorable Judge Scanlon:

      I represent the plaintiff in the above referenced matter and am informing the Court that the plaintiff has just accepted the defendant's offer of settlement. Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

      Thank you for Your Honor's time and attention to this matter.

                                              Very truly yours,

                                              /s/ Maxim Maximov

                                              Maxim Maximov, Esq.