UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

───────────────────────────────────────────

| | |
|---|---|
| ABRAHAM PERLSTEIN on behalf of himself and all other similarly situated consumers | Index# 1:13-cv-05679-ERK-VMS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| -against- | |
| FINANCIAL RECOVERY SERVICES, INC. | |
| Defendant. | |

───────────────────────────────────────────

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated:  Brooklyn, New York
            February 9, 2014

                                            __/s/ Maxim Maximov_____
                                            Maxim Maximov, Esq.
                                            Maxim Maximov, LLP
                                            Attorney for the Plaintiff
                                            1701 Avenue P
                                            Brooklyn, New York 11229
                                            Office: (718) 395-3459
                                            Facsimile: (718) 408-9570
                                            E-mail: m@maximovlaw.com